Lyne A. Richardson, Bar No. 143566
FORD & HARRISON LLP
350 South Grand Avenue
Suite 2300
Los Angeles, CA 90071
Telephone: 213-237-2400
Facsimile: 213-237-2401
E-Mail: lrichardson@fordharrison.com

Attorneys for Defendant
GREAT AMERICAN CHICKEN CORP, INC.
(ERRONEOUSLY SUED AS KFC – BANNING)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>KFC - BANNING, a business of unknown form; KMF Enterprises Inc., a California Corporation and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:18-cv-00166-GW (SPx)<br><br>**DEFENDANT GREAT AMERICAN CHICKEN CORP, INC.'S (ERRONEOUSLY SUED AS KFC – BANNING) ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Action filed: January 25, 2018 |

Defendant Great American Chicken Corp, Inc. (erroneously sued as KFC – BANNING) (hereinafter referred to as "Defendant"), answers the First Amended Complaint (hereinafter "Complaint") of Plaintiff James Rutherford ("Plaintiff") as follows:

## SUMMARY

1. With respect to the allegations set forth in Paragraph 1 of the Complaint, Defendant lacks sufficient knowledge to either admit or deny the allegations concerning Plaintiff and, on that basis, denies same. Paragraph 1 also contains legal conclusions that do not require a response from Defendant, except

FORD & HARRISON LLP
ATTORNEYS AT LAW
LOS ANGELES

WSACTIVELLP:9736532.1

DEFENDANT'S ANSWER
5:18-CV-00166-GW (SPX)

that Defendant denies that it has violated any law, statute, or regulation referred to in the Complaint, and otherwise denies any wrongdoing or liability under the Complaint.

2.  With respect to the allegations set forth in Paragraph 2 of the Complaint, this paragraph contains legal conclusions that do not require a response from Defendant, except that Defendant denies that it has violated any law, statute, or regulation referred to in the Complaint, and otherwise denies any wrongdoing or liability under the Complaint.

3.  With respect to the allegations contained in Paragraph 3 of the Complaint, Defendant lacks sufficient knowledge to either admit or deny those allegations and, on that basis, denies same.

4.  With respect to the allegations contained in Paragraph 4 of the Complaint, Defendant lacks sufficient knowledge to either admit or deny those allegations and, on that basis, denies same.

5.  With respect to the allegations contained in Paragraph 5 of the Complaint, Defendant lacks sufficient knowledge to either admit or deny the allegations set forth therein because KFC Banning is an unknown business entity and, on that basis, denies same.

6.  With respect to the allegations contained in Paragraph 6 of the Complaint, Defendant lacks sufficient knowledge to either admit or deny the allegations set forth therein because KFC Banning is an unknown business entity and, on that basis, denies same.

7.  With respect to the allegations contained in Paragraph 7 of the Complaint, Defendant lacks sufficient knowledge to either admit or deny whether Plaintiff has knowledge of allegations set forth therein and, on that basis, denies same. Defendant denies that it has violated any law, statute, or regulation referred to in the Complaint, and otherwise denies any wrongdoing or liability under the Complaint.

## JURISDICTION AND VENUE

8. With respect to the allegations contained in Paragraph 8 of the Complaint, this paragraph contains legal conclusions that do not require a response from Defendant, except that Defendant denies that it has violated any law, statute, or regulation referred to in the Complaint, and otherwise denies any wrongdoing or liability under the Complaint.

9. With respect to the allegations contained in Paragraph 9 of the Complaint, this paragraph contains legal conclusions that do not require a response from Defendant, except that Defendant denies that it has violated any law, statute, or regulation referred to in the Complaint, and otherwise denies any wrongdoing or liability under the Complaint.

10. With respect to the allegations contained in Paragraph 10 of the Complaint, this paragraph contains legal conclusions that do not require a response from Defendant, except that Defendant denies that it has violated any law, statute, or regulation referred to in the Complaint, and otherwise denies any wrongdoing or liability under the Complaint.

## FACTUAL ALLEGATIONS

11. With respect to the allegations contained in Paragraph 11 of the Complaint, Defendant lacks sufficient knowledge to either admit or deny the allegations set forth therein and, on that basis, denies same.

12. With respect to the allegations contained in Paragraph 12 of the Complaint, Defendant lacks sufficient knowledge to either admit or deny the allegations set forth therein because KFC Banning is an unknown business entity and, on that basis, denies same.

13. With respect to the allegations contained in Paragraph 13 of the Complaint, Defendant lacks sufficient knowledge to either admit or deny the allegations set forth therein because KFC Banning is an unknown business entity and, on that basis, denies same.

14.	With respect to the allegations contained in Paragraph 14 of the Complaint, this paragraph contains legal conclusions that do not require a response from Defendant, except that Defendant denies that it has violated any law, statute, or regulation referred to in the Complaint, and otherwise denies any wrongdoing or liability under the Complaint.

15.	With respect to the allegations contained in Paragraph 15 of the Complaint, this paragraph contains legal conclusions that do not require a response from Defendant, except that Defendant denies that it has violated any law, statute, or regulation referred to in the Complaint, and otherwise denies any wrongdoing or liability under the Complaint.

16.	With respect to the allegations contained in Paragraph 16 of the Complaint, this paragraph contains legal conclusions that do not require a response from Defendant, except that Defendant denies that it has violated any law, statute, or regulation referred to in the Complaint, and otherwise denies any wrongdoing or liability under the Complaint.

17.	With respect to the allegations contained in Paragraph 17 of the Complaint, Defendant denies the allegations of this paragraph.

18.	With respect to the allegations contained in Paragraph 18 of the Complaint, Defendant denies the allegations of this paragraph.

19.	With respect to the allegations contained in Paragraph 19 of the Complaint, Defendant denies the allegations of this paragraph.

20.	With respect to the allegations contained in Paragraph 20 of the Complaint, Defendant lacks sufficient knowledge to either admit or deny the allegations set forth therein and, on that basis, denies same.

21.	With respect to the allegations contained in Paragraph 21 of the Complaint, Defendant lacks sufficient knowledge to either admit or deny the allegations set forth therein and, on that basis, denies same.

22.	With respect to the allegations contained in Paragraph 22 of the

Ford & Harrison LLP
Attorneys At Law
Los Angeles

WSACTIVELLP:9736532.1

- 4 -

DEFENDANT'S ANSWER
5:18-CV-00166-GW (SPX)

Complaint, Defendant lacks sufficient knowledge to either admit or deny the allegations set forth therein and, on that basis, denies same.

23. With respect to the allegations contained in Paragraph 23 of the Complaint, Defendant lacks sufficient knowledge to either admit or deny the allegations set forth therein and, on that basis, denies same.

24. Defendant denies the allegations contained in paragraph 24 of the Complaint.

25. With respect to the allegations contained in Paragraph 25 of the Complaint, Defendant lacks sufficient knowledge to either admit or deny the allegations set forth therein and, on that basis, denies same.

26. With respect to the allegations contained in Paragraph 26 of the Complaint, Defendant lacks sufficient knowledge to either admit or deny the allegations set forth therein and, on that basis, denies same.

27. Defendant denies the allegations contained in paragraph 27 of the Complaint.

28. Defendant denies the allegations contained in paragraph 28 of the Complaint.

29. Defendant denies the allegations contained in paragraph 29 of the Complaint.

## FIRST CAUSE OF ACTION

## VIOLATIONS OF THE AMERICANS WITH DISABILITIES ACT OF 1990

30. With respect to the allegations contained in Paragraph 30 of the Complaint, the allegations set forth in this paragraph do not contain factual allegations that require a response from Defendant. To the extent that the allegations in Paragraph 30 allege or incorporate by reference any wrongdoing or liability on the part of Defendant, such allegations are denied.

31. With respect to the allegations contained in Paragraph 31 of the Complaint, this paragraph contains legal conclusions that do not require a response

from Defendant, except that Defendant denies that it has violated any law, statute, or regulation referred to in the Complaint, and otherwise denies any wrongdoing or liability under the Complaint.

32. With respect to the allegations contained in Paragraph 32 of the Complaint, this paragraph contains legal conclusions that do not require a response from Defendant, except that Defendant denies that it has violated any law, statute, or regulation referred to in the Complaint, and otherwise denies any wrongdoing or liability under the Complaint.

33. With respect to the allegations contained in Paragraph 33 of the Complaint, this paragraph contains legal conclusions that do not require a response from Defendant, except that Defendant denies that it has violated any law, statute, or regulation referred to in the Complaint, and otherwise denies any wrongdoing or liability under the Complaint.

34. With respect to the allegations contained in Paragraph 34 of the Complaint, this paragraph contains legal conclusions that do not require a response from Defendant, except that Defendant denies that it has violated any law, statute, or regulation referred to in the Complaint, and otherwise denies any wrongdoing or liability under the Complaint.

35. With respect to the allegations contained in Paragraph 35 of the Complaint, Defendant has insufficient information about whether Plaintiff will continue to desire to patronize the Business. Defendant denies that it has violated any law, statute, or regulation referred to in the Complaint, and otherwise denies any wrongdoing or liability under the Complaint.

## SECOND CAUSE OF ACTION
## VIOLATIONS OF THE UNRUH CIVIL RIGHTS ACT, CALIFORNIA

36. With respect to the allegations contained in Paragraph 36 of the Complaint, the allegations set forth in this paragraph do not contain factual allegations that require a response from Defendant. To the extent that the

allegations in Paragraph 36 allege or incorporate by reference any wrongdoing or liability on the part of Defendant, such allegations are denied.

37. With respect to the allegations contained in Paragraph 37 of the Complaint, this paragraph contains legal conclusions that do not require a response from Defendant, except that Defendant denies that it has violated any law, statute, or regulation referred to in the Complaint, and otherwise denies any wrongdoing or liability under the Complaint.

38. With respect to the allegations contained in Paragraph 38 of the Complaint, this paragraph contains legal conclusions that do not require a response from Defendant, except that Defendant denies that it has violated any law, statute, or regulation referred to in the Complaint, and otherwise denies any wrongdoing or liability under the Complaint.

39. With respect to the allegations contained in Paragraph 39 of the Complaint, this paragraph contains legal conclusions that do not require a response from Defendant, except that Defendant denies that it has violated any law, statute, or regulation referred to in the Complaint, and otherwise denies any wrongdoing or liability under the Complaint.

## PRAYER

With respect to the allegations contained in the prayer of the Complaint, it contains legal conclusions that do not require a response from Defendant, except that Defendant denies that it has violated any law, statute, or regulation referred to in the Complaint, and otherwise denies any wrongdoing or liability under the Complaint. Defendant further denies that Plaintiff is entitled to any of the relief sought.

## AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

1. Plaintiff's Complaint, and the causes of action alleged therein, fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

2. Plaintiff's Complaint is barred, in whole or in part, by the applicable statutes of limitations.

## THIRD AFFIRMATIVE DEFENSE

3. Assuming, arguendo, that someone acted to cause Plaintiff harm, said actions were without the knowledge, consent, authorization or ratification of Defendant.

## FOURTH AFFIRMATIVE DEFENSE

4. Plaintiff's injuries or damages, if any, were not proximately caused by the acts of Defendant.

## FIFTH AFFIRMATIVE DEFENSE

5. Plaintiff's Complaint, and each purported cause of action alleged therein, is uncertain as to the wrongful acts of Defendant which allegedly caused injury and damage to Plaintiff.

## SIXTH AFFIRMATIVE DEFENSE

6. If any loss, injury, damage, or detriment occurred as alleged in the Complaint, the loss, injury, damage, or detriment was caused and contributed to by the actions of Plaintiff, or by other factors other than by Defendant. Furthermore, as Plaintiff did not exercise ordinary care on his own behalf, his own acts and omissions proximately caused and contributed to the loss, injury, damage, or detriment alleged by Plaintiff, and Plaintiff's recovery from Defendant, if any, should be reduced in proportion to the percentage of Plaintiff's negligence or fault.

## SEVENTH AFFIRMATIVE DEFENSE

7. Plaintiff's Complaint fails to state a cause of action under the American with Disabilities Act ("ADA") because the ADA is unconstitutional for reasons including, but not limited to, its vagueness and its violation of the constitutional prohibition of government taking under the Due Process clause of the United States Constitution.

### EIGHTH AFFIRMATIVE DEFENSE

8. Plaintiff's Complaint fails to state a cause of action under the UNRUH CIVIL RIGHTS ACT, CIVIL CODE SECTION 51 because it is unconstitutional for reasons including, but not limited to, its vagueness and its violation of the constitutional prohibition of government taking under the Due Process clause of the United States Constitution.

### NINTH AFFIRMATIVE DEFENSE

9. Defendant alleges that the subject property was built before the enactment of the ADA and since the passage of ADA has not been the subject to any new construction or renovations.

### TENTH AFFIRMATIVE DEFENSE

10. Defendant cannot be liable to Plaintiff as it did not own or lease the subject property, nor did it reserve the right to control entry to the subject property.

### ELEVENTH AFFIRMATIVE DEFENSE

11. Defendant alleges that it had no intent to discriminate against Plaintiff or against persons with disabilities.

### TWELFTH AFFIRMATIVE DEFENSE

12. Any recovery on Plaintiff's Complaint is barred in whole or in part by Plaintiff's failure to mitigate his damages.

### THIRTEENTH AFFIRMATIVE DEFENSE

13. Defendant contends it is entitled to attorney's fees and costs under Code of Civil Procedure Section 1038 and other relevant California law and authority based on the fact that the Complaint as to Defendant is without merit and that sanctions would be appropriate in favor of Defendant.

### FOURTEENTH AFFIRMATIVE DEFENSE

14. Defendant alleges that all barriers alleged by Plaintiff are not readily removable.

///

## FIFTEENTH AFFIRMATIVE DEFENSE

15. Defendant alleges that the costs of various modifications to the existing facilities are not readily achievable.

## RESERVATION OF RIGHTS

Defendant reserves the right to amend or add any additional defenses or counterclaims which may become known during the course of discovery.

WHEREFORE, Defendant prays for judgment as follows:

1. That Plaintiff take nothing by virtue of his Complaint, and that the Complaint be dismissed in its entirety, with prejudice;

2. That judgment be entered in favor of Defendant and against Plaintiff;

3. That Defendant be awarded its attorneys' fees and costs of suit herein; and

4. That Defendant be awarded such other and further relief as the Court may deem just and proper.

Dated: June 4, 2018

FORD & HARRISON LLP

By: _____
Lyne A. Richardson
Attorneys for Defendant
Great American Chicken Corp, Inc.

FORD & HARRISON LLP
ATTORNEYS AT LAW
LOS ANGELES

WSACTIVELLP:9736532.1

- 10 -

DEFENDANT'S ANSWER
5:18-CV-00166-GW (SPX)

## PROOF OF SERVICE

I, Carolina Martis, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 350 South Grand Avenue, Suite 2300, Los Angeles, California 90071. On June 4, 2018, I served a copy of the within document(s):

**DEFENDANT GREAT AMERICAN CHICKEN CORP, INC.'S (ERRONEOUSLY SUED AS KFC – BANNING) ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

[X] **ELECTRONICALLY:** I caused a true and correct copy thereof to be electronically filed using the Court's Electronic Court Filing ("ECF") System and service was completed by electronic means by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System. I served those parties who are not registered participants of the ECF System as indicated below.

[ ] by placing the document(s) listed above in a sealed Overnite Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to an Overnite agent for delivery.

[ ] by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

| | |
|---|---|
| Joseph R. Manning, Jr.<br>Michael J. Manning<br>Craig G. Cote<br>MANNING LAW, APC<br>4667 MacArthur Blvd., Suite 150<br>Newport Beach, CA 92660<br>Tel: (949) 200-8755<br>Email:<br>ADAPracticeGroup@manninglawoffice.com | Attorneys for Plaintiff:<br>JAMES RUTHERFORD<br><br>[X] *Registered participants of ECF.* |

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on June 4, 2018, at Los Angeles, California.

_____
Carolina Martis

FORD & HARRISON LLP
ATTORNEYS AT LAW
LOS ANGELES

WSACTIVELLP:9736532.1

DEFENDANT'S ANSWER
5:18-CV-00166-GW (SPX)