# JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>KFC- BANNING, a business of unknown form; KMR Enterprises Inc., a California Corporation and DOES 1-10, inclusive.<br><br>Defendants | Case No.: EDCV 18-166-GW-SP<br><br>**ORDER DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

[PROPOSED] ORDER
DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

After consideration of the Joint Stipulation for Dismissal of the Entire Action with Prejudice filed by Plaintiff James Rutherford ("Plaintiff") and Great American Chicken, Inc. (Erroneously sued as "KFC – BANNING, a business of unknown form") and KMR Enterprises Inc., ("Defendants"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: September 12, 2018

*[signature]*

GEORGE H. WU, U.S. DISTRICT JUDGE